ACCEPTED
06-15-00117-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/15/2015 5:18:00 PM
DEBBIE AUTREY
CLERK

Cause No. 06-15-00117-CR

JOSEPH STREHL III    §    IN THE COURT OF APPEALS
                     §
V.                   §    6TH APPELLATE DISTRICT
                     §
STATE OF TEXAS       §    TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/16/2015 8:13:00 AM
DEBBIE AUTREY
Clerk

## MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Appellant, through JEFF SANDERS, Defense Attorney, in the above styled and numbered cause and files this Motion and in support thereof would show the Court as follows:

1.  The Appellant's Brief is due on September 21, 2015. Appellant's attorney needs 30 additional days to file the brief. This is the first request for an extension.

2.  During the past 30 days, Counsel has been preparing for a juvenile discretionary transfer hearing in Cause Number 003-0157-15, In the Matter of Q.H., in Smith County, Texas. Additionally, Counsel has been preparing two cases for client Thomas Overman on the Rusk County trial docket. One is identified as Cause Number CR14-334-1 (state jail felony theft) and the other is identified as Cause Number CR14-268 (non-compliance with sex offender registration requirements). I've also been working on and investigating an unindicted aggravated assault charge in Smith County, styled State v. Lee Matthew Harrell.

3.  This motion is not made for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the Appellant requests that this motion for be granted.

Respectfully Submitted

JEFF SANDERS

State Bar Number 24033153
ELLIS and SANDERS PLLC
120 S. Broadway Suite 112
Tyler, Texas 75702
Phone (903)595-1131 Fax (903)595-5532

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion was served upon the attorney for the State on 15th of September, 2015.

JEFF SANDERS

## VERIFICATION

STATE OF TEXAS                    §
                                  §        KNOW ALL MEN BY THESE PRESENTS
COUNTY OF SMITH                   §

"My name is JEFF SANDERS and I am the attorney for the Appellant in this case. I have

knowledge of the facts stated in the foregoing Motion and they are true and correct."

Signed on September 15 , 2015.

JEFF SANDERS

SWORN AND SUBSCRIBED TO BEFORE ME, the undersigned Notary Public on
Sep. 15 , 2015.

Notary Public in and for the State of Texas

KAY S REDMON
My Commission Expires
March 13, 2017